UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :   25-CR-389 (JMF)
                                                                        :
ANTHONY GRUYAIR,                                                        :   ORDER
                                                                        :
                    Defendant.                                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court was advised that Defendant Anthony Gruyair refused to be brought to the Courthouse today in connection with the preparation of the Presentence Investigative Report. The Court understands that the interview has been rescheduled for some time next month. The Court assumes that there will be no issues at that time and that Defendant will consent to be produced without incident. If that is not the case, however, the Court is prepared to issue an order authorizing the U.S. Marshal Service to use force to produce him to the Courthouse. Defense counsel should promptly advise Defendant of this Order.

        SO ORDERED.

Dated: September 25, 2025                         _____
      New York, New York                              JESSE M. FURMAN
                                                          United States District Judge